**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| NEW rue21. et al., | : | Case No. 24-10942 (BLS) |
|  | : |  |
|  | : | (Joint Administration Requested) |
| Debtors. | : |  |
|  | : |  |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Kurtzman | Steady, LLC represents PREIT Services, LLC, as agent for various landlords, in the above-captioned Chapter 11 cases. The undersigned hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 9010 and 2002. All such notices should be addressed as follows:

> Jeffrey Kurtzman, Esquire
> **KURTZMAN | STEADY, LLC**
> 101 N. Washington Avenue, Suite 4A
> Margate, NJ 08402
> Telephone: (215) 839-1222
> Email: kurtzman@kurtzmansteady.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Dated:  May 2, 2024  **KURTZMAN | STEADY, LLC**

By:  */s/ Jeffrey Kurtzman*
  Jeffrey Kurtzman, Esquire
  101 N. Washington Avenue, Suite 4A
  Margate, NJ 08402
  Telephone: (215) 839-1222
  Email:  kurtzman@kurtzmansteady.com

Attorneys for PREIT Services, LLC